IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID R. SPARKS                                                                                          PLAINTIFF

v.                                        Case No. 2:16-CV-02155

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 17) from United States Magistrate Judge Barry A. Bryant. The report recommends granting Defendant's motion to remand (Doc. 16), and the Plaintiff did not oppose the motion.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly. Although the time for filing objections has not expired, judgment may be entered since Plaintiff does not oppose the motion.

**IT IS SO ORDERED** this 4th day of January, 2017.

/s/P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE