IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID R. SPARKS                                                                                          PLAINTIFF

v.                                              Case No. 2:16-CV-02155

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's Motion to Remand (Doc. 16) is GRANTED, and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED this 4th day of January, 2017

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE